```
 1  Terrence J. Moore, Esq. (SBN 153561)
    MOORE & AFFILIATES
 2  Professional Law Corporation
    1010 N. Ross St., Suite 200
 3  Santa Ana, CA 92701
    Business Phone: (714) 541-2500
 4  Facsimile: (714) 541-4004
    terry@taxbizlawyer.com
 5
 6  Attorneys for Petitioner Providian Holdings, Inc.
 7
```

FILED
2013 SEP -6 PM 3:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE

| | |
|---|---|
| Providian Holdings, Inc., | Case No. ED CV 13 - 01606 JGB (SPx) |
| PETITIONER, | NOTICE OF MOTION AND MOTION BY PETITIONER FOR PETITION TO QUASH 3RD PARTY SUMMONS |
| vs. | |
| United States of America, | Date: 10/07/13 |
| | Time: 9:00 am |
| RESPONDENT. | Court Room: 1 |
| | George E. Brown, Jr., Federal Bldg. |
| | 3470 Twelfth Street |
| | Riverside, CA 92501 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that on 10/07 2013, at 9 a.m./p.m., or as soon thereafter as the matter may be heard in Courtroom 1 of the above-entitled Court, Petitioner, Providian Holdings, Inc., will move the Court for an Order to Quash the third party record keeper Summons, issued to JP Morgan Chase Bank, NA by the

---
Notice of Motion to
Petition to Quash 3rd Party Summons        Page 1        Case no.:
F:\01 DOCS\PM 2013\Word\09 September\9.6.13 Ntc Petition Quash Summons (1308.01 Perez).docx

1  Internal Revenue Service, relating to Providian Holdings, Inc. as it pertains to any of
2  Providian Holdings, Inc.'s and Providian Staffing Corporation's banking records.
3  
4  This motion is made pursuant to the provision of Title 26 U.S.C. Sections
5  7609(b)(2)(A), 7609(h), and Title 28 U.S.C. Sections 1331 and 1340 and is based on
6  the attached Petition to Quash 3rd Party Summons, Memorandum of Law in Support of
7  
8  Petition to Quash 3rd Party Summons and Declaration of Sergio Perez filed and served
9  herewith and other documents on file herein, and on such oral and documentary
10 evidence as may be present at the hearing of this motion
11 
12 
13 September 6, 2013               MOORE & AFFILIATES,
                                    Professional Law Corporation
14 
15 
16                                  _____
                                    Terrence J. Moore, Esq.
17                                  Attorney for Petitioner,
                                    Providian Holdings, Inc.

MOORE & AFFILIATES, PLC
1010 N. ROSS ST., SUITE 200
SANTA ANA, CA 92701
(714) 541-2500

Notice of Motion to
Petition to Quash 3rd Party Summons        Page 2        Case no.:
F:\01 DOCS\PM 2013\Word\09 September\9.6.13 Ntc Petition Quash Summons (1308.01 Perez).docx